```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 07 B 14961
    NANCY M JACKSON
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-9760


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/17/2007 and was confirmed 10/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED           362.80          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          1626.32          .00            .00
HSBC MORTGAGE SERVICE     CURRENT MORTG         .00           .00            .00
HSBC MORTGAGE SERVICE     MORTGAGE ARRE         .00           .00            .00
HOUSEHOLD MORTGAGE SERVI  CURRENT MORTG         .00           .00            .00
HOUSEHOLD MORTGAGE SERVI  MORTGAGE ARRE       698.94          .00            .00
WASHINGTON MUTUAL         CURRENT MORTG         .00           .00            .00
WASHINGTON MUTUAL         MORTGAGE ARRE         .00           .00            .00
CITIBANK NA               UNSECURED        NOT FILED          .00            .00
COMCAST                   UNSECURED        NOT FILED          .00            .00
RUSH UNIVERSITY MEDICAL   UNSECURED        NOT FILED          .00            .00
NATIONAL UNI OF HEALTH S  UNSECURED        NOT FILED          .00            .00
SALLIE MAE GUARANTEE SER  UNSECURED             .00           .00            .00
SALLIE MAE LSCF           UNSECURED             .00           .00            .00
JERILYN JACKSON           NOTICE ONLY     NOT FILED           .00            .00
DOLLIE I WARREN REED      DEBTOR ATTY       2,500.00                     2,474.12
TOM VAUGHN                TRUSTEE                                          199.22
DEBTOR REFUND             REFUND                                           429.00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                3,102.34

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                 2,474.12
TRUSTEE COMPENSATION                             199.22
DEBTOR REFUND                                    429.00
                                           ---------------   ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 14961 NANCY M JACKSON
```

```
TOTALS                                    3,102.34              3,102.34
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```